```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    JUAN MEZA-JIMENEZ
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      ) No. 2:09-CR-0042 GEB
                                   )
14              Plaintiff,         ) **STIPULATION AND ORDER**
                                   ) **CONTINUING STATUS CONFERENCE**
15       v.                        ) **AND EXCLUDING TIME**
                                   )
16  JUAN MEZA-JIMENEZ,             )
    aka Rogelio Jimenez Meza,      ) Date:  March 6, 2009
17                                 ) Time:  9:00 a.m.
                Defendant.         ) Judge: Garland E. Burrell, Jr.
18                                 )
    _____)
19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21  of America, and defendant, Juan Meza-Jimenez, through their respective

22  attorneys, that the status conference presently scheduled for March 6,

23  2009, may be continued to March 27, 2009, at 9:00 a.m.

24      This continuance is being requested because defense counsel is

25  awaiting for the pre plea report from probation and a proposed plea offer

26  from government's counsel.

27  / / /

28  / / /
```

1  To afford time to complete appropriate review, the parties agree that time under the Speedy Trial Act may be excluded through March 27, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: March 3, 2009      /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for JUAN MEZA-JIMENEZ

LAWRENCE G. BROWN
Acting United States Attorney

Dated: March 3, 2009      /s/ T. Zindel for D. McConkie
DANIEL McCONKIE
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to March 27, 2009, at 9:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: March 4, 2009

GARLAND E. BURRELL, JR.
United States District Judge