1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   JUAN MEZA-JIMENEZ
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,    ) No. 2:09-CR-0042 GEB
                                )
14            Plaintiff,        ) **STIPULATION AND ORDER**
                                ) **CONTINUING STATUS CONFERENCE**
15     v.                       ) **AND EXCLUDING TIME**
                                )
16 JUAN MEZA-JIMENEZ,           )
   aka Rogelio Jimenez Meza,    ) Date:  March 27, 2009
17                              ) Time:  9:00 a.m.
              Defendant.        ) Judge: Garland E. Burrell, Jr.
18                              )
   _____)
19

20     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, Juan Meza-Jimenez, through their respective
22 attorneys, that the status conference presently scheduled for March 27,
23 2009, may be continued to April 17, 2009, at 9:00 a.m.
24     Defense seeks additional time to obtain medical records that may
25 bear on resolution of the case; also, defendant would like additional
26 time to consider the plea offer communicated to him today.
27 / / /
28 / / /

1     To afford time to complete appropriate review, the parties agree
 2 that time under the Speedy Trial Act may be excluded through April 17,
 3 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

                                               Respectfully submitted,

                                               DANIEL J. BRODERICK
                                             Federal Defender

Dated: March 20, 2009            /s/ T. Zindel
                                             TIMOTHY ZINDEL
                                             Assistant Federal Defender
                                             Attorney for JUAN MEZA-JIMENEZ

                                             LAWRENCE G. BROWN
                                             Acting United States Attorney

Dated: March 20, 2009            /s/ T. Zindel for D. McConkie
                                             DANIEL McCONKIE
                                             Assistant U.S. Attorney

**O R D E R**

    The status conference is continued to April 17, 2009, at 9:00 a.m.
The Court finds that time under the Speedy Trial Act shall be excluded
through that date in order to afford counsel reasonable time to prepare.
Based on the parties' representations, the Court finds that the ends of
justice served by granting a continuance outweigh the best interests of
the public and the defendant in a speedy trial.

    IT IS SO ORDERED.

Dated: March 23, 2009

                                             GARLAND E. BURRELL, JR.
                                             United States District Judge