1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

Attorney for Defendant
JUAN MEZA-JIMENEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:09-CR-0042 GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| JUAN MEZA-JIMENEZ, | ) |
| aka Rogelio Jimenez Meza, | ) Date: April 17, 2009 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Juan Meza-Jimenez, through their respective attorneys, that the status conference presently scheduled for April 17, 2009, may be continued to May 15, 2009, at 9:00 a.m.

Defense has yet to complete an investigation that may mitigate the circumstances of the alleged offense and would like additional time to present the results of its investigation to the government.

/ / /

/ / /

1     To afford time to complete appropriate review, the parties agree
2 that time under the Speedy Trial Act may be excluded through May 15,
3 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

                                     Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

Dated: April 15, 2009           /s/ T. Zindel
                                       TIMOTHY ZINDEL
                                       Assistant Federal Defender
                                       Attorney for JUAN MEZA-JIMENEZ

                                       LAWRENCE G. BROWN
                                       Acting United States Attorney

Dated: April 15, 2009           /s/ T. Zindel for
                                       MICHAEL D. ANDERSON
                                       Assistant U.S. Attorney

## O R D E R

The status conference is continued to May 15, 2009, at 9:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    IT IS SO ORDERED.

Dated: April 22, 2009

                                       GARLAND E. BURRELL, JR.
                                       United States District Judge