| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | TIMOTHY ZINDEL, Bar #158377<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | |
| 6 | Attorney for Defendant<br>JUAN MEZA-JIMENEZ |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:09-CR-0042 GEB |
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| JUAN MEZA-JIMENEZ,<br>aka Rogelio Jimenez Meza, | ) | Date: May 15, 2009<br>Time: 9:00 a.m. |
| Defendant. | ) | Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Juan Meza-Jimenez, through their respective attorneys, that the status conference presently scheduled for May 15, 2009, may be continued to June 26, 2009, at 9:00 a.m.

Defense counsel is currently in a lengthy complex trial in USA v. Caza, et al., and it is expected to continue through mid-June. Also, defense investigation is ongoing.

/ / /

/ / /

| | |
|---|---|
| 1 | To afford time to complete appropriate review, the parties agree that time under the Speedy Trial Act may be excluded through June 26, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4). |

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: May 12, 2009    /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for JUAN MEZA-JIMENEZ

LAWRENCE G. BROWN
Acting United States Attorney

Dated: May 12, 2009    /s/ T. Zindel for
MICHAEL D. ANDERSON
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to June 26, 2009, at 9:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: May 13, 2009

GARLAND E. BURRELL, JR.
United States District Judge