DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN MEZA-JIMENEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-CR-0042 GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| JUAN MEZA-JIMENEZ, ) | |
| ) | Date: June 26, 2009 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Garland E. Burrell, Jr. |
| _____ ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Juan Meza-Jimenez, through their respective attorneys, that the status conference presently scheduled for June 26, 2009, may be continued to July 10, 2009, at 9:00 a.m.

   Defense counsel has completed a lengthy jury trial in <u>United States v. Sekhon et al.,</u> but jury deliberations continue.  Counsel has received materials in mitigation he will share this week with government counsel, but the parties expect the case will resolve at the next appearance, assuming counsel is able to travel to Oroville to meet with Mr. Meza-

1  Jimenez, whom the Marshal has housed there.  To afford time to complete
2  these tasks, the parties agree that time under the Speedy Trial Act may
3  be excluded through July 10, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A)
4  and (B)(iv) (Local Code T4).

5                                         Respectfully submitted,

6                                         DANIEL J. BRODERICK
                                          Federal Defender
7

8  Dated:  June 24, 2009                  /s/ T. Zindel
                                          TIMOTHY ZINDEL
9                                         Assistant Federal Defender
                                          Attorney for JUAN MEZA-JIMENEZ
10

11                                        LAWRENCE G. BROWN
                                          Acting United States Attorney
12

13 Dated:  June 24, 2009                  /s/ T. Zindel for M. Anderson
                                          MICHAEL D. ANDERSON
14                                        Assistant U.S. Attorney

15

16                                **O R D E R**

17     The status conference is continued to July 10, 2009, at 9:00 a.m.
18 The Court finds that time under the Speedy Trial Act shall be excluded
19 through that date in order to afford counsel reasonable time to prepare.
20 Based on the parties' representations, the Court finds that the ends of
21 justice served by granting a continuance outweigh the best interests of
22 the public and the defendant in a speedy trial.
23     IT IS SO ORDERED.

24 Dated:  June 26, 2009

25

26                                        _____
                                          GARLAND E. BURRELL, JR.
27                                        United States District Judge

28

Stip & Order                              -2-