DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN MEZA-JIMENEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:09-CR-0042 GEB |
|---|---|
| Plaintiff, | ) **AMENDED STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| JUAN MEZA-JIMENEZ, | ) |
| | ) Date: July 10, 2009 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Garland E. Burrell, Jr. |
| _____ | ) |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Juan Meza-Jimenez, through their respective attorneys, that the status conference presently scheduled for July 10, 2009, may be continued to July 31, 2009, at 9:00 a.m.

    Defendant seeks additional time to consider the resolution proposed by the government and to discuss the government's proposal with a loved one whose life will be affected by his decision.  In order to afford him time to do so, the parties agree that time under the Speedy Trial Act may

1  be excluded through July 31, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A)
2  and (B)(iv) (Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  July 8, 2009                    /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for JUAN MEZA-JIMENEZ


                                        LAWRENCE G. BROWN
                                        Acting United States Attorney


Dated:  July 8, 2009                    /s/ T. Zindel for M. Anderson
                                        MICHAEL D. ANDERSON
                                        Assistant U.S. Attorney


### O R D E R

The status conference is continued to July 31, 2009, at 9:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  July 9, 2009

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

Stip & Order                            -2-